## Pairo *against* The American Insurance Company.

The prothonotary can receive a fee of 75 cents for issuing a *venire* only for the term at which the cause is tried, though it may have been repeatedly before on the trial list.

ON the taxation of the bill of costs in this case, the question was, whether a fee of 75 cents for issuing a *venire* is chargeable by the prothonotary for every time a cause is on the trial list, besides the term at which the cause is tried, under the 6th section of the Act of 22d February 1821, allowing for " issuing *venire* in each case when tried by a jury, 75 cents."

*Hubbell* for the defendant.
*Tilghman*, contra.

The Court decided that only one fee was allowable.